IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T-MOBILE WEST, LLC, and VB BTS, II LLC, | CV 25-148-M-KLD |
| Plaintiffs, | |
| vs. | **ORDER** |
| RAVALLI COUNTY, MT; BOARD OF COUNTY COMMISSIONERS OF RAVALLI COUNTY, MT; and DAN HULS, GREG CHILCOTT, and JEFF BURROWS, each in his/her official capacity as a Commissioner of the Ravalli County Board of County Commissioners, | |
| Defendants. | |

Plaintiffs move for the admission of T. Scott Thompson to practice before this Court in this case with Jill Gerdrum to act as local counsel. Mr. Thompson's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit T. Scott Thompson pro hac vice is GRANTED on the condition that Mr. Thompson shall do his own work. This means that Mr. Thompson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Thompson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of October, 2025.

                                                       _____
                                                     Kathleen L. DeSoto
                                                     United States Magistrate Judge