IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T-MOBILE WEST, LLC, and VB BTS, II LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY, MT; BOARD OF COUNTY COMMISSIONERS OF RAVALLI COUNTY, MT; and DAN HULS, GREG CHILCOTT, and JEFF BURROWS, each in his/her official capacity as a Commissioner of the Ravalli County Board of County Commissioners,<br><br>                Defendants. | CV 25-148-M-WWM<br><br>ORDER |

Before the Court is Plaintiff T-Mobile West, LLC's motion for the admission of Jon Garvin, *pro hac vice*, in the above-captioned matter. (Doc. 24). It appears that Jill Gerdrum and Marshall Anderson will serve as local counsel in this matter. Mr. Garvin's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that T-Mobile West, LLC's motion to allow Jon Garvin to appear before this Court (Doc. 24) is GRANTED, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2. Mr. Garvin must do his own work. This means that he must (a) do his own writing; (b) sign his own pleadings, motions, and briefs; and (c) appear and participate personally.

3. Admission is personal to Mr. Garvin, and does not extend to Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

4. Mr. Garvin shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5. Local counsel will provide a copy of this Order to Mr. Garvin.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Mr. Garvin files a separate pleading acknowledging his admission under the

terms set forth above within fifteen (15) days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE